# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **EDDIE YOUNG,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 23-CV-2177 |
| **CATERPILLAR, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on October 24, 2024. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendant's request for sanctions is GRANTED.

(3) Defendant's counsel is to be awarded attorney's fees in the amount of $2,981.75, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) for Plaintiff's counsel's failure to comply with Defendant's discovery requests.

(4) Defendant's Third Motion to Compel and for Sanctions (#18) is DENIED as MOOT.

(5) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 3rd day of February, 2025.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE