# Exhibit 1

**CATERPILLAR®**

Caterpillar Inc
3000 N. 27th Street
Decatur, IL 62526

# OFFICIAL NOTICE OF RESIGNATION

I, __Eddie Young__ (print name), officially give notice of resignation of my position with Caterpillar Inc. My last day of work will be __10-18-24__ (date). I will turn in my badge and return all company property. I understand that failure to return company property may result in money being withheld from my final paycheck.

Employee Signature __Eddie Y__       Date __10-11-2024__

Employee PeopleSoft ID# __770977__

Supervisor Name __Marquita Halliday__

Received by __John Hill__       Date __10/11/24__
            (print name)

| REASON FOR SEPARATION (circle all that apply) | Dissatisfied with Work | Dissatisfied with Pay (circled) | Dissatisfied with Shift | Dissatisfied with Leader |
|---|---|---|---|---|
| | Dissatisfied with Training | Conversion | Personal | Return to School |
| Additional Comments/Details | | | | |

**RETURN COMPLETED FORM TO HR**

Caterpillar: Confidential Green