E-FILED
Monday, 17 March, 2025  01:31:05 PM
Clerk, U.S. District Court, ILCD

# Exhibit 2

**Smentek, Sharilee K.**

| | |
|---|---|
| **From:** | Smentek, Sharilee K. |
| **Sent:** | Thursday, March 6, 2025 4:31 PM |
| **To:** | John Baker |
| **Cc:** | Mendez, Katherine |
| **Subject:** | RE: Activity in Case 2:23-cv-02177-CSB-EIL Young v Caterpillar Inc Order on Motion to Compel |

Hi John,

Given that Mr. Young is apparently not interested in resolving this matter, Caterpillar demands that Mr. Young immediately pay the full amount of the fee award. If Mr. Young does not immediately pay the full amount of the award, Caterpillar will take steps to collect on the award including instituting garnishment proceedings.

Moreover, before we can proceed with Mr. Young's deposition in this matter, we need him to comply with his written discovery obligations. As you know, pursuant to Federal Rule of Civil Procedure 26(e), Mr. Young has an obligation to supplement his discovery responses *in a timely manner* whenever he learns that a response is incomplete or incorrect. We are writing to confer regarding the need for complete responses.

## PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES

### Interrogatory No. 6

Interrogatory No. 6 asked Plaintiff to identify each job he has held since September 13, 2021, including the business address of the employer, the dates of employment, the title of each position, the duties / responsibilities of each position and his supervisor(s). In response, on September 4, 2024, Plaintiff stated "Plaintiff has had no other jobs." However, Plaintiff resigned his position from Caterpillar on October 11, 2024, and his last day worked was October 18, 2024. *See* Official Notice of Resignation.

In light of Plaintiff's resignation from Caterpillar, please supplement Plaintiff's answer to Interrogatory No. 6 to identify each job he has held since October 18, 2024, including the business address of the employer, the dates of employment, the title of each position, the duties / responsibilities of each position and his supervisor(s). Please provide a verification for Plaintiff's supplemental answer.

### Interrogatory No. 7

Interrogatory No. 7 asked Plaintiff to identify every prospective employer to which he has applied since September 13, 2021, including the position for which he applied, whether he received an offer of employment, the terms of any offer of employment, and whether he accepted or rejected the offer of employment. In response, on September 4, 2024, Plaintiff stated "plaintiff applied to Muellers Foundry in Decatur, Illinois. This was in the last several months. He has not received a call from them. He has not been offered or rejected the position. No other attempts to get a job elsewhere."

In light of Plaintiff's resignation from Caterpillar, please supplement Plaintiff's answer to Interrogatory No. 7 to identify the prospective employers to which Plaintiff has applied since September 4, 2024, including the position for which he applied, whether he received an offer of employment, the terms of any offer of employment, and whether he accepted or rejected the offer of employment. Please provide a verification for Plaintiff's supplemental answer.

### Interrogatory No. 8

Interrogatory No. 8 asked whether Plaintiff had received any income (other than income from Defendant) since September 13, 2021. In response, on September 4, 2024, Plaintiff stated "Plaintiff owns his own business, Eddie Young Properties, LLC. This is rental property business that Plaintiff owns with his wife. The company owns approximately 6 properties in Decatur, Illinois."

In light of Plaintiff's resignation from Caterpillar, please supplement Plaintiff's response to Interrogatory No. 8 to identify any income he has received since October 18, 2024. Please provide a verification for Plaintiff's supplemental answer.

## RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION

### Request No. 15

Request No. 15 sought documents regarding Plaintiff's efforts to locate additional or alternative employment since September 13, 2021. In response, on September 4, 2024, Plaintiff stated "Plaintiff has no such documents in his possession."

In light of Plaintiff's resignation from Caterpillar, please supplement Plaintiff's response to Request No. 15 and produce the responsive documents including Plaintiff's application to Muellers Foundry and any other documents regarding Plaintiff's job search efforts since September 4, 2024.

### Request No. 17

Request No. 17 sought all documents that relate to, refer to, or describe in any way the amount of wages, or benefits, or other income Plaintiff earned from any source since September 13, 2021, including but not limited to pay stubs, leave statements, earnings statements, W-2 forms, 1099 forms, federal and state tax returns, unemployment compensation, Social Security benefits, workers' compensation, veterans' benefits, settlement checks and any other compensation or benefit. In response, on September 4, 2024, Plaintiff stated "see tax returns that are being provided herewith."

In light of Plaintiff's resignation from Caterpillar, please supplement Plaintiff's response to Request No. 17 and produce the responsive documents including Plaintiff's pay stubs, earning statements, W-2 forms, 1099 forms, and his 2024 federal and state tax returns (when available) and any other documents regarding Plaintiff's income since September 4, 2024.

### Request No. 25

Request No. 25 sought Plaintiff's current resume and all versions of his resume since September 13, 2021. In response, Plaintiff stated "Plaintiff has no such documents in his possession."

In light of Plaintiff's resignation from Caterpillar, please supplement Plaintiff's response to Request No. 25 with copies of Plaintiff's current resume and all versions of his resume since September 4, 2024.

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*

Given the impending discovery deadline, Caterpillar requests that Plaintiff address these deficiencies no later than **Thursday, March 13, 2025**.

We are, of course, happy to discuss further as required by the Federal Rules of Civil Procedure.

Regards,
Sharilee

**From:** Smentek, Sharilee K.
**Sent:** Friday, February 14, 2025 4:30 PM

**To:** John Baker <jab@bbklegal.com>
**Cc:** Mendez, Katherine <KMendez@seyfarth.com>
**Subject:** FW: Activity in Case 2:23-cv-02177-CSB-EIL Young v Caterpillar Inc Order on Motion to Compel

Hi John,

As you know, Judge Bruce has awarded Caterpillar attorneys' fees in the amount of $2,981.75 for his discovery failures. Caterpillar is still willing to forgo the fee award in exchange for a full waiver and release of Mr. Young's claims.

Please let me know if you'd like to discuss. Otherwise, I look forward to Mr. Young's prompt response.

Regards,
Sharilee

---

**From:** ECF_Returns@ilcd.uscourts.gov <ECF_Returns@ilcd.uscourts.gov>
**Sent:** Tuesday, February 4, 2025 4:04 PM
**To:** ECF_Notices@ilcd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-02177-CSB-EIL Young v Caterpillar Inc Order on Motion to Compel

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

**Notice of Electronic Filing**

The following transaction was entered on 2/4/2025 at 4:03 PM CST and filed on 2/3/2025
**Case Name:**      Young v Caterpillar Inc
**Case Number:**    2:23-cv-02177-CSB-EIL
**Filer:**
**Document Number:** 22

**Docket Text:**
**ORDER entered by Judge Colin Stirling Bruce on 2/3/2025 adopting Report and Recommendations re [20] Report and Recommendations. SEE WRITTEN ORDER. (BL)**

**2:23-cv-02177-CSB-EIL Notice has been electronically mailed to:**

John A Baker    jab@bbklegal.com, bms@bbklegal.com

Katherine F Mendez    kmendez@seyfarth.com, 1931839420@filings.docketbird.com, chidocket@seyfarth.com, vgavin@seyfarth.com

Sharilee Kempa Smentek    ssmentek@seyfarth.com, 7088186420@filings.docketbird.com, chidocket@seyfarth.com, doscott@seyfarth.com

**2:23-cv-02177-CSB-EIL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=2/4/2025] [FileNumber=5054999-0]
[a0e6abe287f5166e07dfe7af29491e8d5de47ceab1cca7e77efbf70da3109db1bbf9
89286cbee71be5c12737b04e9eeab6660ee17168f05a077782f08749ac69]]