UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EDDIE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CV-2177 |
| ) | |
| CATERPILLAR, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

On July 16, 2025, Magistrate Judge Eric I. Long entered a Report and Recommendation (#30), recommending that this case be dismissed as a sanction against Plaintiff for his willful disregard of court orders and the Federal Rules of Civil Procedure. Judge Long also recommended that Plaintiff be required to pay Defendant's reasonable expenses, including attorney's fees, caused by Plaintiff's failure to act. Plaintiff filed an Objection (#35) to the Report and Recommendation on May 15, 2025, conceding that he has not complied with all of his discovery obligations, but stating that "dismissal is an overly harsh sanction and is not warranted."

Following this court's careful de novo review of Judge Long's reasoning and Plaintiff's Objection, the court agrees with and accepts the Magistrate Judge's Report and Recommendation. The court hereby adopts and incorporates in full Judge Long's recounting of the factual background of this case and reasoning in dismissing this matter as a sanction, as stated in the Report and Recommendation, and directs the parties to the Report and Recommendation for said background and reasoning.

IT IS THEREFORE ORDERED:

(1) The Report and Recommendation (#30) is accepted by this court.

(2) This case is DISMISSED with prejudice as a sanction against Plaintiff for his willful disregard of court orders and the Federal Rules of Civil Procedure.

(3) Plaintiff is also required to pay Defendant's reasonable expenses, including attorney's fees, caused by Plaintiff's failure to act. Defendant may provide the court with an explanation of costs incurred.

(4) This case is terminated.

ENTERED this 28th day of August, 2025.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE